# STATE SUPREME COURT
## NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of
## NEW CASES DOCKETED

### NEW CASES DOCKETED

Andrews v. Plantz .................. 19649
Carelli, Ex Parte ................. 19643
Citizens Bldg. & Con. Co. v. Kosovitz... 19650
Drabik v. Burzych .................. 19640
Evans v. Russell ................... 19641
Goodman v. Goodman ............... 19637
Harris v. Stamard .................. 19648
Kruse v. Revelson .................. 19639
Liska v. State ..................... 19638
Love v. Griffis .................... 19645
Love v. Queisser ................... 19647
Love v. Sprague .................... 19646
Michigan Auto. Ins. Co. v. Van Buskirk. 19653
State v. Althoff ................... 19644
State ex. v. State Tax. Commission.... 19648
State v. Peskind et ................ 19652
Tracy v. Athens & Pomeroy Coal & Land
    Co. ............................ 19654
Trupp v. Studebaker ............... 19642

### FEB. 24, 1926

19637—Inez L. Goodman v. Minton F. Goodman; motion for Cuyahoga Appeals to certify. C. Maloney and J. A. Ryan, Cleveland, for pltf; A. M. Gibbons, Cleveland, for deft.

19638—Frank Liska v. State of Ohio; motion for leave to file petition in error to the Cuyahoga Appeals. J. T. Cassidy, Cleveland, for pltf; E. C. Stanton, Cleveland, for deft.

19639—Frank Kruse v. Isadore Revelson; motion for Hamilton Appeals to certify. H. H. Shafer, Cincinnati, for pltf; A. C. Shattuck, Cincinnati, for deft.

19640—Valentine Drabik v. Katarzyna Burzych; motion for Lucas Appeals to certify. E. M. Flowers and N. J. Walnski, Toledo, for pltf; G. N. Fell, Toledo, for deft.

19641—Ida Evans v. Letah Russell; motion for Ashtabula Appeals to certify. F. M. McCarthy, Cleveland, for pltf; Perry, Perry & Perry, Jefferson, and F. A. Stetson, Elyria, for deft.

### FEB. 25, 1926

19642—Albert C. Trupp, executor of the estate of Chas. Trupp, deceased v. Bertha Studebaker; motion for Miami Appeals to certify. A. R. Hawthorne, Troy, and F. C. Goodrich, Troy, for pltf; D. B. Van Pelt and W. H. H. Ecki, Dayton, for deft.

19643—Ex Parte, Albert Carelli; error to the Cuyahoga Appeals; motion for Cuyahoga Appeals to certify. W. M. Bresler, Cleveland, and M. A. Musmanns, Pittsburg, Pa., for pltf; E. C. Stanton and H. E. Parsons, Cleveland, for deft.

### FEB. 26, 1926

19644—State of Ohio ex rel Retirement Board of the State Teachers Retirement System v. W. H. Althoff as Treasurer of the Board of Education of the Port Clinton Village School District; in mandamus. C. C. Crabbe and W. E. Benoy, Columbus, for pltf.

### FEB. 28, 1926

19645—J. Wain Love v. Arthur Griffis; motion for Cuyahoga Appeals to certify. White, Hammond, Brewer & Curtiss, Cleveland, for pltf; Lamb, Vaughn & Lamb, Cleveland, for deft.

19646—J. Wain Love v. Ernest M. Sprague; motion for Cuyahoga Appeals to certify. White Hammond, Brewer & Curtiss, Cleveland, for pltf; Lamb, Vaughn & Lamb, Cleveland, for deft.

19647—J. Wain Love v. Robt. L. Queisser; motion for Cuyahoga Appeals to certify. White Hammond, Brewer & Curtiss, Cleveland, for pltf; Lamb, Vaughn & Lamb, Cleveland, for deft.

### MARCH 1, 1926

19648—Geo. B. Harris v. Chas. B. Stamard; motion for Cuyahoga Appeals to certify. Klein, Harris & Diehm, Cleveland, for pltf; Dowling, Dowling & Moriarity, Cleveland, for deft.

19649—Frank T. Andrews v. Steve Plantz; motion for Cuyahoga Appeals to certify. Scott & Bissell, Cleveland, for pltf; H. F. Glick, Cleveland, for deft.

19650—Citizens Building and Construction Co. v. Joseph Koskovitz and Mary Koskovitz; motion for Cuyahoga Appeals to certify. G. C. Hafley, Cleveland, for pltf; White, Cannon & Spieth, Cleveland, for defts.

### MARCH 2, 1926

19651—State of Ohio ex rel John A. Zangerle, County Auditor of Cuyahoga County v. State Tax Commission; in mandamus. E. C. Stanton and G. R. Wheeler, Cleveland, for pltf.

19652—State of Ohio v. Solomon Peskind, Benjamin Karp and Merritt Vinson; motion for leave to file petition in error to the Cuyahoga Appeals. C. Crabbe, Columbus, and J. J. Eagleson, Cleveland, for pltf; W. H. Boyd, Foran, Handrick & Scofield and J. L. Lind, Cleveland, for defts.

19653—Michigan Automobile Insurance Co. v. John Van Buskirk; motion for Cuyahoga Appeals to certify. J. H. McNeal and H. J. Reed, Cleveland, for pltf; Holding, Duncan & Leckie, Cleveland, for deft.

19654—James E. Tracy v. Athens & Pomeroy Coal & Land Co.; motion for Meigs Appeals to certify. D. C. Reed, Pomeroy, for pltf; E. E. Jones and A. D. Russell, Pomeroy, for deft.

## PROCEEDINGS OF SUPREME COURT

### GENERAL DOCKET

American Mortg. Co. v. Rosenbaum .... 19126
City Transit Co. v. Pub. Util. Comm.... 19519
Cleveland Tr. Co .v. Scobie ........... 19332
Order of Ry. Cond. v. Carpenter ....... 19231
State v. Ford Motor Co. .............. 19024
State ex v. Lander ................... 19251

### MOTION DOCKET

Carr v. Buckeye Dairy Co............ 19545